## U.S. Bankruptcy Court
### Northern District of Illinois

In re:

Bankruptcy Case No. **23−06782**
**IYS VENTURES, LLC**

Debtor

Adversary Proceeding No. **23−00194**
**IYS VENTURES, LLC**

Plaintiff

v.

**ITRIA VENTURES, LLC**
**FOX CAPITAL GROUP, INC. ET. AL.**

Defendant

## SUMMONS IN AN ADVERSARY PROCEEDING

**To:** THE HUNTINGTON NATIONAL BANK

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney/Pro Se Plaintiff |
|---|
| **Gregory K Stern** |
| **Gregory K. Stern, P.C.** |
| **53 West Jackson Blvd.** |
| **Suite 1442** |
| **Chicago, IL 60604** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
|---|---|
| **Courtroom 644, 219 S. Dearborn St Chicago, IL 60604 or Using Zoom** | |
| **By video, use link: https://www.zoomgov.com/** | **Status Hearing Date and Time** |
| **By telephone, call 1−669−254−5252 or 1−646−828−7666.** | **08/16/2023 at 10:30AM** |
| **Enter meeting ID 161 122 6457 and passcode Cleary644.** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

Date Issued
07−06−2023

Jeffrey P. Allsteadt, Clerk Of Court

ILNB 2012

# CERTIFICATION OF SERVICE

I, RACHEL SANDLER of GREGORY K. STERN, P.C., 53 W. JACKSON BLVD., STE 1442, CHICAGO, ILLINOIS, certify that I am, and at all times during the service was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service of this summons and Complaint was made on July 7, 2023, by:

\_\_\_\_ Mail service: Regular, First Class United States mail, postage fully pre-paid, addressed to:

\_\_X\_\_ E-mail service to the Defendant's attorney, William J. Serritella Jr., by agreement.

\_\_\_\_ Personal Service: by leaving the process with defendant or with an officer or agent of defendant at:

\_\_\_\_ Residence Service: By leaving the process with the following adult at:

\_\_\_\_ Publication: The defendant was served as follows: [Describe briefly]

\_\_\_\_ State Law: The defendant was served pursuant to the laws of the State of _____, as follows: [Describe briefly

I certify under penalty or perjury that the foregoing is true and correct.


Executed on:\_July 11, 2023\_\_\_                      _____/s/ Rachel Sandler_____
                [Date]                                            [Signature]



Gregory K. Stern, P.C.
Gregory K. Stern (Atty. ID #6183380)
Dennis E. Quaid (Atty. ID #02267012)
Monica C. O'Brien (Atty. ID #6216626)
Rachel S. Sandler (Atty. ID #6310248)
53 West Jackson Boulevard
Suite 1442
Chicago, Illinois 60604
(312) 427-1558